FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

July 28, 2015

Adam K. Golden


Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Numbers: 02-15-00223-CV, 02-15-00224-CV,
02-15-00225-CV, 02-15-00226-CV,
02-15-00227-CV, 02-15-00228-CV,
02-15-00233-CV, 02-15-00234-CV,
02-15-00235-CV, 02-15-00236-CV

Trial Court Case Numbers: 1293990D, 1296000D, 1293989D, 1296288D,
1286758D, 1276101D, 1323790D, 1323812D,
1323805D, 1323795D

Style:    Adam K. Golden
          v.
          The State of Texas

The clerk's records have been filed under the date of Tuesday, July 28, 2015 in the above referenced causes.

The appellant's brief is due **Thursday, August 27, 2015**. *See* Tex. R. App. P. 38.6. You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief. *See* Tex. R. App. P. 39.7. If no oral argument is requested by either party, the case may be submitted on the briefs.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY**

FILE COPY

**MISCELLANEOUS DOCKET ORDER NO. 99-9012.  Copies of the standards are available from this office and appear on the court's website at www.txcourts.gov/2ndcoa.  Parties appearing before this court are expected to adhere to these standards and non-compliance will be addressed by the court accordingly.**

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rose M. Stewart, Deputy Clerk